# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 20-CR-10202-ADB |
| | ) |
| JOHN CASEY | ) |

## MOTION TO SEAL SENTENCING MEMORANDUM

John Casey respectfully moves this Honorable Court to permit the filing of his sentencing memorandum under seal as it contains confidential medical information regarding him and his family.

Respectfully submitted,

JOHN CASEY
By his Attorney

*/s/ Jessica Thrall*
Jessica Thrall,
 B.B.O.: 670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 8, 2022

*/s/ Jessica Thrall*
Jessica Thrall